IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

REBECCA SMART BENNETT                                                                   PLAINTIFF

V.                                                           CIVIL ACTION NO. 4:18CV00085-NBB-JMV

COMMISSIONER OF SOCIAL SECURITY                                                         DEFENDANT

## FINAL JUDGMENT

On consideration of the file and records in this action, the court finds that the Report and Recommendation [Docket 20] of the United States Magistrate Judge dated September 14, 2018, was on that date mailed to Plaintiff; more than fourteen days have elapsed since service of the Report and Recommendation; and no objection has been filed or served. The court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the court.

It is, therefore, **ORDERED:**

1. That the report and recommendation of the United States Magistrate Judge dated September 14, 2018, is approved and adopted, and the proposed findings of fact and conclusions of law therein set out are adopted as the findings of fact and conclusions of law of the court.

2. Plaintiff's unopposed voluntary motion to dismiss is granted pursuant to Fed. R. Civ. P. 41(a)(2), and this case is **DISMISSED** without prejudice and closed.

This, the 28th day of February, 2019.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE